**Melissa DENT, Plaintiff-Appellant,**

v.

**UNIVERSITY OF MARYLAND,**
**Defendant-Appellee,**

and

**MD Small Business Development Center, Defendant.**

No. 17-1824

United States Court of Appeals, Fourth Circuit.

Submitted: November 14, 2017

Decided: January 24, 2018

Melissa Dent, Appellant Pro Se. Constantine Alexander Hortis, Christopher Bowie Lord, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

Before MOTZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melissa Dent appeals the district court's order dismissing her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *Dent v. Univ. of Md.*, No. 8:16-cv-02446-DKC (D. Md. June 12, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*